Mark D. Nielsen, Esq., No. 210,023
  *mnielsen@cislo.com*
Daniel M. Cislo, Esq., No. 125,378
  *dan@cislo.com*
CISLO & THOMAS LLP
12100 Wilshire Boulevard, Suite 1700
Los Angeles, California 90025
Telephone: (310) 451-0647
Fax: (310) 394-4477

Attorneys for Defendants,
JEFFREY CAMPBELL, LLC and
ABC INTERNET INC. d/b/a JEFFREY CAMPBELL

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARRIE FORBES, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY CAMPBELL, LLC; ABC INTERNET INC. d/b/a JEFFREY CAMPBELL,<br><br>Defendants. | CASE NO. 2:19-cv-09751-PA-JPR<br><br>[Hon. Percy Anderson]<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

# **ORDER**

Based upon the concurrently filed Stipulation of Dismissal with Prejudice, and for good cause shown, IT IS HEREBY ORDERED that:

(1) This action shall be dismissed in its entirety, with prejudice, and

(2) Each party shall bear its own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

Dated: __March 3__, 2020    By: _____
Hon. Percy Anderson
United States District Judge

Respectfully submitted,

**CISLO & THOMAS LLP**

/s/Mark D. Nielsen
Mark D. Nielsen
Daniel M. Cislo

Attorneys for Defendants,
JEFFREY CAMPBELL, LLC; ABC
INTERNET INC. d/b/a JEFFREY CAMPBELL

Dated: March 3, 2020

\\Srv-db\tmdocs\19-40015\Proposed Order of Dismissal with Prejudice.docx

1